**No. 60778.**—K. Ginsburg, Inc. *v.* United States, protests 285624–K and 287852–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the items of merchandise marked "C" and "D" consist of glass stones, not faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.

**No. 60779.**—Eitinger Bead Co., Inc. *v.* United States, protest 288894–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones the same in all material respects as those the subject of Abstract 59105, except that said stones were not faceted, the claim of the plaintiff was sustained.

**No. 60780.**—Manca, Inc. *v.* United States, protest 270349–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).